Clerks' offices were fixed at 2025 election.



SB 256 creates the Orleans Clerk of Court.



This Bill aims to nullify the 2025 election.



Overriding the 2025 election constitutes Voter Nullification.

**AND/OR**

Overriding the 2025 election constitutes First Amendment Retaliation.



Staying the 1st and 2nd Landry amendments prevents immediate constitutional harm.



TRO gives effect to Mr. Duncan's commission and maintains status quo.