SFASB256 359 1760

**SENATE FLOOR AMENDMENTS**
2026 Regular Session
Amendments proposed by Senator Morris to Engrossed Senate Bill No. 256 by Senator Morris

AMENDMENT NO. 1

On page 1, line 8, after "Orleans Parish;"  insert "to provide for an effective date;"

AMENDMENT NO. 2

On page 2, at the beginning of line 13, insert "**A.**"

AMENDMENT NO. 3

On page 2, between lines 17 and 18, insert the following:

"**B. To facilitate transition to a consolidated office of the clerk of court, no employee of the clerk of the Criminal District Court on the date this Section becomes effective may be discharged from employment by the clerk before January 15, 2027, except for good cause shown including but not limited to insubordination or violation of any state or federal law, notwithstanding the provisions of R.S. 13:1371.2. The clerk of the office of the consolidated clerk of court may hire temporary employees or hire contractors to assist in the transition using unrestricted funds of the clerk until June 30, 2027.**"

AMENDMENT NO. 4

On page 10, after line 17, insert the following:

"Section 3.  This Act shall become effective upon signature by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided by Article III, Section 18 of the Constitution of Louisiana. If vetoed by the governor and subsequently approved by the legislature, this Act shall become effective on the day following such approval."