**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MINUTE ENTRY:**
**APRIL 30, 2026**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

CALVIN DUNCAN, in his official capacity
as Clerk-Elect of Orleans Parish Criminal
District Court, and in his personal capacity
as an Orleans Parish voter

CIVIL ACTION
NO. 26-00460-JWD-SDJ

VERSUS

JEFFREY LANDRY, in his official
capacity as Governor of the State of
Louisiana, NANCY LANDRY, in her
official capacity as Louisiana Secretary of
State, and ELIZABETH MURRILL, in her
official capacity as Attorney General for the
State of Louisiana

---

## MINUTE ENTRY OF STATUS CONFERENCE

This matter came on this day for a status conference by zoom.

PRESENT:
Nora Ahmed, Adina Marx-Arpadi, Kayla Vinson, Malcolm Clark Lloyd,
Ashley Fox, Andrew Perry, and William Quigley
**Counsel for Plaintiff**

Zachary Faircloth
**Counsel for Defendants**

The Court notes that Motions to Appear Pro Hac Vice may be pending before the

Magistrate Judge. The Court will permit those attorneys with such pending motions to appear

in this conference with the understanding that everything is in order in their motions and that

the motions will likely be granted.

The Court notes that, because Plaintiff is due to assume the office and duties of Clerk of Court of Orleans Parish Criminal District Court on May 4, 2026, at 12:00 a.m., the Court's deadline to rule on the pending Emergency Motion for Temporary Restraining Order (Doc. 2) ("*Motion for TRO*") is 11:59 p.m. on May 3, 2026. The Court asked both parties whether they would be amenable to delaying action for thirty (30) days to give the parties adequate time to brief the issues and to give the Court sufficient time to consider them. Specifically, the Court asked if Plaintiff would delay assuming office and if Defendant would delay implementation of SB 256.

Neither side believes that they can agree to delay their actions for 30 days. However, the Court orders counsel for Defendant to check with his clients and notify the Court by 9:00 a.m. tomorrow, May 1, 2026, if the Governor will delay enforcing SB 256. If the Governor will agree to a delay, Plaintiff has until 11:00 a.m. on May 1, 2026, to answer again whether he will delay assuming office.

**IT IS ORDERED** that on or before **12:00 p.m. on Friday, May 1, 2026**, Defendants shall file a brief, not exceed 25 pages excluding attachments, in response to Plaintiff's *Motion for TRO* (Doc. 2). Plaintiff shall then file a reply-brief, limited to a total of 10 pages, on or before **8:00 a.m. on Saturday, May 2, 2026.** The Court will then issue its ruling on or before 11:59 p.m. on Sunday, May 3, 2026.

Counsel for Plaintiff informed the Court that she is trained strictly on the *Motion for TRO*, but that a Motion for Preliminary Injunction could be forthcoming.

The Court then explained this Court's procedures when a Motion for Preliminary Injunction is filed.

Counsel for Defendants stated that he could be ready anytime next week for a

Preliminary Injunction hearing.

**IT IS ORDERED** that, if the Governor signs SB 256 into law, counsel for Defendant shall immediately notify the Courtroom Deputy at kristie_causey@lamd.uscourts.gov and the Court's law clerk at david_borghardt@lamd.uscourts.gov .

Signed in Baton Rouge, Louisiana, on April 30, 2026.

Cv36; T: 0:15 mins

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**