# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Calvin Duncan
Plaintiff

v.

Jeffrey Landry, et al
Defendant

3:26-cv-00460
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Jeffrey Landry, Nancy Landry and Elizabeth Murrill

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Jeffrey Landry, Nancy Landry, Elizabeth Murrill, Calvin Duncan, Sarah Whittington, Nora Ahmed, Malcolm Lloyd, Andrew Perry, Ashley R. Fox, William P. Quigley, Ronald L. Wilson, Adina Marx-Arpadi, Kayla Vinson

Zachary Faircloth, (LA 39875)

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.