# EXHIBIT A

**From: Faircloth, Zachary** FairclothZ@ag.louisiana.gov 📎
**Subject:** RE: 3:26-cv-00460-JWD-SDJ - Duncan v. Landry et al (ZOOM INSTRUCTIONS)
**Date:** April 30, 2026 at 3:56 PM
**To:** Kristie Causey Kristie_Causey@lamd.uscourts.gov
**Cc:** Brown, Elizabeth BrownE@ag.louisiana.gov, Aguinaga, Ben AguinagaJ@ag.louisiana.gov, swhittington@laaclu.org, mlloyd@laaclu.org

ZF

**This Message Is From an External Sender**
This message came from outside your organization.

Good afternoon Ms. Causey,

To follow up on the Court's question at today's status conference, I have confirmed with the Governor's office and Secretary of State's office that SB 256 has been signed into law.

Thanks,
Zack

---

**From:** Faircloth, Zachary
**Sent:** Thursday, April 30, 2026 1:32 PM
**To:** Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>; Kristie Causey <Kristie_Causey@lamd.uscourts.gov>; swhittington@laaclu.org; mlloyd@laaclu.org
**Cc:** Brown, Elizabeth <BrownE@ag.louisiana.gov>
**Subject:** RE: 3:26-cv-00460-JWD-SDJ - Duncan v. Landry et al (ZOOM INSTRUCTIONS)

To confirm, Elizabeth Brown and I will be at the conference on behalf of the State Defendants.

Thanks,
Zack



**Zachary Faircloth**
Principal Deputy Solicitor General
Office of Attorney General Liz Murrill
Tel: (225) 421-4088
fairclothz@ag.louisiana.gov
www.AGLizMurrill.com

---

**From:** Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>
**Sent:** Thursday, April 30, 2026 12:32 PM
**To:** Kristie Causey <Kristie_Causey@lamd.uscourts.gov>; swhittington@laaclu.org; mlloyd@laaclu.org
**Cc:** Faircloth, Zachary <FairclothZ@ag.louisiana.gov>; Brown, Elizabeth <BrownE@ag.louisiana.gov>
**Subject:** RE: 3:26-cv-00460-JWD-SDJ - Duncan v. Landry et al (ZOOM INSTRUCTIONS)

Thank you, Ms. Causey. I'm copying two colleagues from my office here.



## J. Benjamin Aguiñaga
Solicitor General
Office of Attorney General Liz Murrill
Tel: (225) 506-3746
aguinagab@ag.louisiana.gov
www.AGLizMurrill.com

**From:** Kristie Causey <Kristie_Causey@lamd.uscourts.gov>
**Sent:** Thursday, April 30, 2026 12:25 PM
**To:** swhittington@laaclu.org; mlloyd@laaclu.org
**Cc:** Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>
**Subject:** 3:26-cv-00460-JWD-SDJ - Duncan v. Landry et al (ZOOM INSTRUCTIONS)
**Importance:** High

Hello,

There are ZOOM Video Conferencing proceedings scheduled in the above matter on 2026-04-30 at 02:30 PM before District Judge John W. deGravelles in the above referenced case.

Participant instructions are located on the Louisiana Middle District website here: https://www.lamd.uscourts.gov/zoom.

Below you will find Judge deGravelles ZOOM Link.
https://www.zoomgov.com/my/jwd20

If you should have any questions, please feel free to contact me.

Best practice is to attempt to make your ZOOM connection with the Court approximately 10 minutes prior to the scheduled proceeding.

Participants must be in appropriate courtroom attire, seated in a private room or office, and using a camera that is stationary.

Thank you,
Kristie Causey,
Courtroom Deputy to U.S. District Judge John W. deGravelles
Voice: (225) 389-3574



**Kristie Causey**
Courtroom Deputy to District Judge John W. deGravelles



Courtroom Deputy to District Judge John W. deGravelles
U.S. District Court - Middle District of Louisiana
(225) 389-3574 Voice | 225-389-3569 Fax
Kristie_Causey@lamd.uscourts.gov

**Disclaimer**

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.