# EXHIBIT A

NANCY LANDRY
SECRETARY OF STATE

SECRETARY OF STATE

P.O. BOX 94125
BATON ROUGE, LA 70804-9125

April 17, 2026

Dear Clerk Duncan:

Congratulations on your recent election!

Enclosed are your commission certificate, identification card, and two (2) Oath of Office forms. Please complete each oath and file one with your local Clerk of Court's Office and one with the Secretary of State's Commissions Division.

The Code of Governmental Ethics can be viewed and/or downloaded from our website under the "Elections & Voting" tab by clicking on "Information for Public Officials." If you wish to purchase a printed copy of the Code of Governmental Ethics, please contact the Publications Division at 225.922.0900. The fee for a printed copy of the Code of Governmental Ethics is $5.00.

If you have any questions or find any errors regarding your certificate, please contact the Commissions Division at 225.922.0330.

Sincerely,

Nancy Landry

Nancy Landry
Secretary of State

Enclosures

# State of Louisiana

## Executive Department

In The Name and By The Authority of The State of Louisiana

*Know Ye, that Whereas, under the provisions of Subpart F, Part IV, Chapter 5, of Title 18 of the Louisiana Revised Statutes of 1950, amended,*

Calvin Duncan

Was Declared Elected by The People as

Clerk, Criminal District Court, Parish of Orleans, *State of Louisiana*

Now, Therefore, I, Jeff Landry, Governor of Louisiana, *do authorize and empower said officer to execute and fulfill the duties of said office according to law, and to have and to hold the same, with all the powers, privileges and emoluments appertaining by right thereto, during the term of said office, as fixed by law.*

In Testimony Whereof, *I have hereunto set my hand and caused to be affixed the great seal of the State of Louisiana at the City of Baton Rouge, this* 4th *day of* MAY *in the year of our Lord* TWO THOUSAND TWENTY-SIX *and of the Independence of the United States of America, the two hundred* FIFTIETH *and of the State of Louisiana the* TWO HUNDRED FIFTHEETH

Nancy Landry
Nancy Landry
Secretary of State

Jeff Landry
Jeff Landry
Governor

STATE OF LOUISIANA

FORM SS 402 (05/18)

# OATH OF OFFICE

**Section 1: Public official taking the oath of office completes and signs this section.**

**STATE OF LOUISIANA, PARISH OF ORLEANS**

I, **Calvin Duncan** (PRINT FULL NAME) do solemnly swear (or affirm) that I will support the constitution and laws of the United States and the constitution and laws of this state and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as: **Clerk, Criminal District Court** (PRINT OFFICIAL TITLE AND THE OFFICE/CITY/BOARD YOU REPRESENT, IF ANY) according to the best of my ability and understanding, so help me God.

X____________________
(SIGNATURE OF PUBLIC OFFICIAL)

**Section 2: Public official administering the oath of office completes this section.**

**Officials authorized to administer oaths are the Governor, Secretary of State, a Judge, a Clerk of Court, a Notary Public or a Justice of the Peace.**

Sworn to and subscribed before me this ______ (DAY) day of ______ (MONTH), ______ (YEAR)

X____________________
(SIGNATURE OF OFFICIAL ADMINISTERING OATH)

______ (PRINTED NAME) ______ (TITLE OF OFFICIAL ADMINISTERING OATH) ______ (NOTARY #, IF APPLICABLE)

**Section 3: Public official taking the oath of office completes this section.**

**ATTENTION:** Please provide or update all contact information below. Office contact information for public officials is published on the Secretary of State's website. If an office address is not provided, the residence address will be published.

**OFFICE MAILING ADDRESS:**

**STREET:** ______

**CITY/STATE/ZIP:** ______

☐ No Changes Requested

**Telephone:** (____) - ____ - ____

**Office Email:** ______

**RESIDENCE MAILING ADDRESS:**

**Calvin Duncan**

**1317 Feliciana St.**

**New Orleans, LA 70117**

**Telephone:** ( **504** ) - **616** - **8964**

**Email:** ______

**Section 4: Public official taking the oath of office completes this section.**

**ACKNOWLEDGEMENT OF RECEIPT OF THE LOUISIANA CODE OF GOVERNMENTAL ETHICS*:**

I hereby acknowledge that I have received a digital copy of the Louisiana Code of Governmental Ethics from the Secretary of State's website.

X____________________
(SIGNATURE OF PUBLIC OFFICIAL)

*The Louisiana Secretary of State has provided a link to a digital Louisiana Code of Governmental Ethics in an official letter included with your Commission Certificate. In accordance with La R.S. 42:1162, the commissioned public servant must acknowledge receipt of the Louisiana Code of Governmental Ethics when filing their Oath of Office. By signing above, you have complied with La R.S. 42:1162.

**IMPORTANT INFORMATION:**

- On receipt of a commission or commission certificate, a public officer has 30 days to take an Oath of Office, give bond (if required), and file as follows:
  1. Original Oath of Office filed with Secretary of State by mail at P.O. Box 94125, Baton Rouge, LA 70804-9125 or hand delivery at 8585 Archives Ave., Baton Rouge, LA 70809.
  2. Duplicate original Oath of Office filed with the parish Clerk of Court. (In Orleans Parish file with the Clerk of Civil District Court.)
- All Oaths of Office must be filed for recording within one month of being taken.
- Failure to take an Oath of Office within 30 days creates a vacancy in office, to be filled in accordance with law. IMPORTANT: Taking an Oath of Office does not automatically vacate a public officer's present office, if any. A notice of retirement or resignation may be necessary to vacate a present office.
- An Oath of Office taken early (prior to the date shown on the commission) is not effective until the term of office begins or upon the date of the commission.

For more information, see La R.S. 42:141, La R.S. 42:162, La R.S. 18:581 and La R.S. 18:651-654.

Prepared and Furnished by Secretary of State

Calvin Duncan
Clerk, Criminal District Court
Parish of Orleans
1317 Feliciana St.
New Orleans, LA 70117

Verifying documents on file.

Nancy Landry

SS 416
(R 01/24)

**SECRETARY OF STATE**

STATE OF LOUISIANA · UNION · JUSTICE · CONFIDENCE · SECRETARY OF STATE