# EXHIBIT G

MAYOR HELENA MORENO

# CITY OF NEW ORLEANS

**May 8, 2026**

Honorable J.P. Morrell
City Council President
City Hall, Room 2W50
1300 Perdido Street
New Orleans, LA 70112

Honorable Matthew Willard
City Council Vice President
City Hall, Room 2W40
1300 Perdido Street
New Orleans, LA 70112

Honorable Aimee McCarron
City Councilmember District A
City Hall, Room 2W80
1300 Perdido Street
New Orleans, LA 70112

Honorable Lesli Harris
City Councilmember District B
City Hall, Room 2W10
1300 Perdido Street
New Orleans, LA 70112

Honorable Freddie King III
City Councilmember District C
City Hall, Room 2W70
1300 Perdido Street
New Orleans, LA 70112

Honorable Eugene J. Green
City Councilmember District D
City Hall, Room 2W20
1300 Perdido Street
New Orleans, Louisiana 70112

Honorable Jason Hughes
City Councilmember District E
City Hall, Room 2W60
1300 Perdido Street
New Orleans, LA 70112

President Morrell and Members of the New Orleans City Council,

I write in support of the Council's efforts to provide clarity regarding the new position of Orleans clerk of court created by SB 256, now Act 15 of the Louisiana Legislature. The ongoing dispute surrounding the transition of the Orleans Parish Clerk of Court offices calls for immediate council action.

New Orleans voters participated in separate elections under the prior legal structure for distinct civil and criminal clerk positions and were never given the opportunity to vote for this novel, consolidated office. As a result, legitimate legal questions now exist regarding whether the consolidated office created by the legislation enacted after the elections undermines the electoral process.

Under Louisiana law and pursuant to judicial precedent, a newly created office is vacant by default, which necessitates intervention. Specifically, when a vacancy exists, the governing authority must ensure the uninterrupted administration of that office. The Council's actions reflect real leadership and an effort to meet those legal obligations and avoid operational disruption.

This is not about politics or personalities. It is about ensuring that the public maintains confidence in our democratic institutions and that no branch of government abdicates its responsibility when faced with unprecedented changes subject to immense dispute.

Sincerely,

**Helena Moreno**
Mayor of the City of New Orleans