# EXHIBIT I

# CITY OF NEW ORLEANS

July 21, 2026

Madam Special Prosecutor White:

The City of New Orleans is on the rise. We have made meaningful progress in public safety, fiscal responsibility, economic development, and restoring confidence in our future. Our residents deserve leaders who remain focused on building that momentum rather than continuing conflicts that distract from the important work before us.

We respect the service of the grand jury and the responsibility entrusted to it. Importantly, the grand jury made the independent decision to review this matter on its own initiative.

At the same time, we believe this is the appropriate moment to bring this matter to a close, and, therefore, we request the charges be dismissed.

We were not intimidated. While the correspondence at issue contained threatening language directed toward public officials, we never believed those threats could lawfully or practically be carried out. We continue serving the people of New Orleans without hesitation. Our focus has always been on doing the work of the people, not on political conflict or anything outside of the lawful duties of public office. We did not report the alleged crime to law enforcement or anyone with prosecutorial authority, nor did we instigate, influence, interfere with, or attempt to tamper with the grand jury process. Likewise, we did not conspire or coordinate in any way with the District Attorney, the grand jury, or you as Special Prosecutor.

This request is not driven by fear, politics, or personal interest. It is driven by our belief that the public interest is now better served by moving forward rather than by prolonging litigation. Importantly, we also recognize that the Louisiana Supreme Court has already expressed significant concerns regarding the viability of this prosecution.

New Orleans and Louisiana have too much at stake to remain consumed by conflict. Since the legislative session concluded, important priorities, including Lincoln Beach, major drainage investments, the Municipal Auditorium, Behrman Stadium, and other initiatives have already experienced cuts. Regardless of the cause, extended and escalating conflict carries real consequences for the people we serve.

While there are some who would prefer political division to continue, we believe we are called to a higher standard, one that brings us back to the words of Scripture: “Blessed are the peacemakers.” That calling does not ask us to ignore justice, nor to meet conflict with more conflict. Rather, it challenges us to pursue peace where possible and place the public good above all.

For these reasons, we respectfully request that you exercise your prosecutorial discretion to dismiss these charges and bring this matter to a close. We recognize that the decision rests solely with you, and we fully respect the independence of that responsibility. We ask that you give thoughtful consideration to this request in light of the broader public interest and the opportunity for our city and state to move forward together.

Respectfully,

Helena Moreno
Mayor, City of New Orleans

Jean-Paul "JP" Morrell
City Council President

Matthew Willard
City Council Vice President

Aimee McCarron
City Council, District A

Freddie King, III
City Council, District C

Jason Hughes
City Council, District E